No. 5,045.—A. W. FRAZEN, RESPONDENT, *v.* JOHN NELSON, APPELLANT.

*Appeal from District Court, Dawson County.*

Decided March 18, 1922.

PER CURIAM.—The motion of respondent to dismiss the appeal herein for failure of appellant to file transcript in time allowed by law is granted and the appeal is accordingly dismissed.

*Messrs. Hurley & O'Neil,* for Respondent.

---

No. 5,049.—STATE EX REL. L. V. LOCKWOOD, RESPONDENT, *v.* R. G. TYLER ET AL., APPELLANTS.

*Appeal from District Court, Sheridan County.*

Decided March 18, 1922.

PER CURIAM.—Upon motion of respondent, and for good cause shown, the appeal in the above-entitled cause is dismissed.

*Messrs. Hurly, Kline & Slattery, Mr. Howard M. Lewis* and *Mr. Jas. G. Wagner,* for Respondent.